RECEIVED
IN CLERK'S OFFICE

NOV 2 2011

U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TENNESSEE

_____ DIVISION

William McKnight Name )
Prison Id. No. 4988070190 )
)
_____ Name )
Prison Id. No. _____ )
)
Plaintiff(s) )
)
)
v. )
)
Marshall County Jail Name )
Sabria Patterson Name )
Justin Christmas )
Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☐ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I.  PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A.  Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes    ☑ No

B.  If you checked the box marked "Yes" above, provide the following information:

1.  Parties to the previous lawsuit:

Plaintiffs   _____

Defendants   _____

             _____

2. In what court did you file the previous lawsuit? _____

_____
(If you filed the lawsuit in federal court, provide the name of the District. If you
filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _____

4. What was the Judge's name to whom the case was assigned? _____

_____

5. When did you file the previous lawsuit? _____ (Provide the year, if
you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed,
appealed, or still pending? _____

_____

7. When was the previous lawsuit decided by the court? _____ (Provide
the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances
that you are alleging in this lawsuit.

☐ Yes           ☒ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on
a separate sheet of paper, and provide the same information for the additional
lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information
must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently
incarcerated? Marshall County Jail - 150 E. Church St.
Lewisburg TN 37091

B. Are the facts of your lawsuit related to your present confinement?

☒ Yes           ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and
address of the prison or jail to which the facts of this lawsuit pertain.

_____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

☐ Yes           ☒ No

If you checked the box marked "No," proceed to question II.H.

2

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes ☐ No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____
_____

2. What was the response of prison authorities? _____
_____

G. If you checked the box marked "No" in question II.E above, explain why not. _____
_____

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☒ Yes ☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☒ Yes ☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? I asked for water for 24hrs.
_____

2. What was the response of the authorities who run the detention facility? drink the water out the toilet - "No"

L. If you checked the box marked "No" in question II.I above, explain why not. _____
_____

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: William McKnight

Prison Id. No. of the first plaintiff: 498807010

Address of the first plaintiff: _2432 old Columbia Rd._
_lewisburg TN. 37091 - 150 E. Church St. lewisburg TN_
. (Include the name of the institution and mailing address, including zip code.
If you change your address you must notify the Court immediately.)

2. Name of second the plaintiff: _____

   Prison Id. No. of the second plaintiff: _____

   Address of the second plaintiff: _____
   _____
   (Include the name of the institution and mailing address, including zip code.
   If you change your address you must notify the Court immediately.)

   If there are more than two plaintiffs, list their names, prison identification
   numbers, and addresses on a separate sheet of paper.

B. Defendant(s) against whom this lawsuit is being brought:

   1. Name of the first defendant: _Sabrina petterson_

      Place of employment of the first defendant: _Marshall county Jail_
      _lewisburg TN. 37091_

      The first defendant's address: _150 E. Church St. lewisburg_
      _TN. 37091_

      Named in official capacity?        ☐ Yes        ☐ No
      Named in individual capacity"      ☐ Yes        ☐ No

2. Name of the second defendant: _Justia Christmas_

   Place of employment of the second defendant: _Marshall County Jail_
   _150 E. Church St. lewisburg TN. 37091_

   The second defendant's address: _150 E. Church St._
   _lewisburg TN. 37091_

   Named in official capacity?        ☐ Yes        ☐ No
   Named in individual capacity"      ☐ Yes        ☐ No

If there are more than two defendants against whom you are bringing this
lawsuit, you must list on a separate sheet of paper the name of each additional
defendant, their place of employment, their address, and the capacity in which
you are suing them. If you do not provide the names of such additional
defendants, they will not be included in your lawsuit. If you do not provide
their proper name, place of employment, and address, the Clerk will be
unable to serve them should process issue.

## IV. STATEMENT OF FACTS

*State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.*

*If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.*

I got Put in a DunkTank For 24 hrs Because I came Back From Court in Court in maury county and they told me I had to Be up Front For 24 hrs And I Said OK And They Put me in Cell 105 And its a Dry Tank and I asked For water And the CO Christmas Said there's a toilet in there and I ask Terry Wright if I could get some Watter and he got a Cup and For me and Dave Said Stabbing Said I Can Not have Nothing to Drink I Did Not have No Fluids From

| 12:30 - 6:30 pm | 6:30pm 6:30Am - | 6:30Am - 2:30 pm |
|---|---|---|
| 6 hrs | 12 hrs | 7hrs   that 25 hrs |

with 8oz Juice Tea boc At 6:30pm Juice At 6:30Am

thats a long time Without Nothing to Drink

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. I Will take 20,000 A pace

B. ~~Reparter~~ Released While lawsuite is on going

C. take No less then $75,000

D. And they will pay All court costs.

E. _____

I request a jury trial.   ☑ Yes   ☐ No

## VI.  CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: William McKnight     Date: 11-1-11

Prison Id. No. 4988070190

Address: 150. E. Church St. Lewisburg TN. 37091

(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above.  If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN FORMA PAUPERIS, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED IN FORMA PAUPERIS, TOGETHER. Complaints received without the required filing fee or application to proceed in forma pauperis will be returned.  Filing fees, or applications to proceed in forma pauperis, received without a complaint will be returned.